## Rebecca R Garcia
### Chapter 13 Trustee in Bankruptcy
### EASTERN DISTRICT OF WISCONSIN
### 2950 Universal Court
### P O Box 3170
### Oshkosh, WI 54903-3170

July 8, 2015

Clerk, U.S. Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee WI 53202

**Re: Unclaimed Funds**

Dear Clerk:

Enclosed please find check number 508700 in the amount of $1,271.44 sent to you as unclaimed funds. These funds are from case number 10-25611-SVK – Leonard L Pezewski. Funds were originally sent to creditor Attorney Tina Dahle. Our payment was returned by the postal office without a forwarding address. We had made attempted to contact Attorney Tina Dahle without success.  The last address we have for Attorney Tina Dahle is 700 E Walnut St, Green Bay, WI 54301.

Should you have any questions or need further information, please contact me at (920) 231-2150 ext 113.

Sincerely,

Kalina Xiong

Kalina Xiong
Chapter 13 Assistant

Enclosed check number 508700